UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA M. SCHALLERT,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and ALLIANZ OF AMERICA, INC. LONG TERM DISABILITY BENEFIT PLAN,<br><br>Defendants. | Case No. CV13 4025 WHO<br><br>**ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR TELEPHONIC APPEARANCE OF COUNSEL** |

Having reviewed the parties' Stipulation and for good cause shown, the Court hereby continues the Case Management Conference set for November 26, 2013, at 2:00 p.m. to December 3, 2013, at 2:00 p.m. Counsel for Defendants may appear and participate in the CMC by telephone. The parties must file their Joint Case Management Statement one week before the Conference.

DATED: October 10, 2013

_____
UNITED STATES DISTRICT JUDGE