UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA M. SCHALLERT,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and ALLIANZ OF AMERICA, INC. LONG TERM DISABILITY BENEFIT PLAN,<br><br>    Defendants. | Case No. CV13 4025 WHO<br><br>**ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR TELEPHONIC APPEARANCE OF COUNSEL** |

Having reviewed the parties' Stipulation and for good cause shown, the Court hereby continues the Case Management Conference set for November 26, 2013, at 2:00 p.m. to December 3, 2013, at 2:00 p.m. Counsel for Defendants may appear and participate in the CMC by telephone. The parties must file their Joint Case Management Statement one week before the Conference.

DATED: October 10, 2013



UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4853-2739-4838 v1

- 1 -

Case No. CV 13 4025 WHO
ORDER RE STIP. TO CONT. CMC & TO APPEAR TELEPHONICALLY